Bob L. Olson (NV Bar No. 3783)
Erik J. Foley (NV Bar No. 14195)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252
Email: bolson@swlaw.com
           efoley@swlaw.com

*Attorneys for Robert Kahn, Trustee of the
Robert B. Kahn Revocable Trust*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| REATHA BELLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT KAHN, as Trustee of the Robert B. Kahn Revocable Trust; RANDY SANTA, an individual; NORTH AMERICAN FINANCIAL CORP, a foreign corporation; NEVADA TRUST DEED SERVICES, LLC, a Nevada limited liability company; DOES I through X inclusive, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-00245-RFB-MDC<br><br>(Removed from the Eighth Judicial District Court for the State of Nevada, Case No A-24-885933-C)<br><br>**STIPULATION AND ORDER CHANGING TIME AND MODIFYING THE ATTENDANCE REQUIREMENTS AT SETTLEMENT CONFERENCE** |

Pursuant to LR 16-5 Defendant Robert Kahn ("Kahn"), Plaintiff Reatha Bellas ("Bellas"), and Defendant Randy Santa ("Santa") stipulate as follows:

1. At the request of the Parties, on February 29, 2024, this Court issued an *Order* requiring the Parties to attend a settlement conference on May 31, 2024, at 9:00 a.m. [ECF No. 16]. The Order requires all principal counsel of record to attend the settlement conference. The Order further requires requests for exception to the attendance requirements to be filed and served within one week of this Order.

2. On April 4, 2024, this Court entered an *Order Resetting Settlement Conference (Amends ECF No. 16)* which reset the settlement conference for 9:00 a.m. on June 18, 2024. [ECF No. 17].

4872-8994-8615

3.  Bob L. Olson is the principal counsel of record for Defendant Robert Kahn, trustee of the Robert B. Kahn Revocable Trust.  Mr. Olson intends to attend the June 18, 2024, settlement conference and reserved the full day to do so.

4.  On June 6, 2024, Mr. Olson filed a complaint on behalf of a different client styled *TurningPoint, LLC v. Ideal Property Investments, LLC*, with the District Court for Clark County, Nevada, Case No. a-24-894830-C.  On Friday June 7, 2024, the State Court issued an order shortening time on the application the plaintiff filed seeking the appointment of an ancillary receiver.  The order shortening time set the hearing for June 18, 2024, at 9:30.  Mr. Olson is the only principal counsel of record in that case.

5.  Mr. Olson apologizes to the Court for filing this request outside of the one-week deadline set forth in this Court's February 29, 2024, Order.  Mr. Olson was unable to timely file this request because the order shortening time in the *TurningPointe* matter was not entered until June 7, 2023, approximately three months after the deadline expired.

6.  Mitchell S. Bisson, Esq. is the principal counsel of record for Plaintiff. Mr. Bisson intends to attend the June 18, 2024 settlement conference and reserved the full day to do so.

7.  However, on June 11, 2024, Mr. Bisson attended a criminal hearing in Las Vegas Municipal Court and – upon the client's failure to appear – had a return hearing set for an in-court drug test of the client to occur on June 18, 2024 at 9:00 a.m.

8.  The Parties respectfully request the Court continue the settlement conference from 9 a.m. to 10:30 a.m. on June 18, 2024 to account for these recent conflicts of counsel.

9.  Furthermore, the Parties respectfully request that Mr. Olson be allowed to have an associate appear and attend the settlement conference on his behalf until his State Court hearing is concluded.

///

///

///

///

4872-8994-8615

**WHEREFORE, THE PARTIES AGREE AS FOLLOWS:**

1. The Settlement Conference is to be continued from June 18, 2024 at 9:00 a.m. to June 18, 2024 at 10:30 a.m.

2. The attendance requirements at the Settlement Conference are modified to allow Mr. Olson to arrive after his State Court hearing provided that another attorney for Mr. Kahn is present during Mr. Olson's absence from the Settlement Conference.

Dated: June 11, 2024.

SNELL & WILMER L.L.P.

   /s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
Erik J. Foley (NV Bar No. 14195)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Robert Kahn, Trustee of the Robert B. Kahn Revocable Trust*

Dated: June 11, 2024.

   /s/ A.J. Kung
A.J. Kung (NV Bar No. 7052)
1020 Garces Ave.
Las Vegas, NV 89101
Telephone: (702) 382-0883
Email: ajkung@ajkunglaw.com
*Attorneys for Randy Santa*

Dated: June 11, 2024.

THE LAW OFFICES OF MITCHELL S. BISSON

   /s/ Mitchell S. Bisson, Esq.
Mitchell S. Bisson (NV Bar No. 11920)
911 N. Buffalo Drive, Suite 201
Las Vegas, NV 89128
Telephone: (702) 602-4990
Email: mbisson@bissonlegal.com
*Attorneys for Reatha Bellas*

**ORDER**

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and Court **ORDERS** that the Settlement Conference is continued from June 18, 2024 at 9 a.m. to June 18, 2024 at 10:30 a.m.

**IT IS HEREBY FURTHER ORDERED** that the attendance requirements at the Settlement Conference are modified to allow Mr. Olson to attend the competing hearing in State

- 3 -

4872-8994-8615

Court provided that another attorney for Mr. Kahn is present during Mr. Olson's absence from the Settlement Conference.

**IT IS SO ORDERED.**

DATED: 6-14-24

_____
United States Magistrate Judge

4872-8994-8615

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, I electronically filed the foregoing **STIPULATION AND ORDER CHANGING TIME AND MODIFYING THE ATTENDANCE REQUIREMENTS AT SETTLEMENT CONFERENCE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: June 11, 2024.

*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.

4872-8994-8615