# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

REATHA BELLAS,

    Plaintiff,

v.

ROBERT KAHN, *et al.*,

    Defendants.

Case No. 2:24-cv-00245-RFB-EJY

**ORDER**

    Before the Court is Defendant Randy Santa's Motion to Dismiss (ECF No. 37). For the following reasons, the Court grants the Motion and orders Plaintiff Reatha Bellas to show cause.

    The Parties are familiar with the history of this action; therefore, the Court will limit its recitation of the procedural history to the essentials. On July 26, 2024, Defendant Santa filed the instant Motion to Dismiss. (ECF No. 37). On August 20, 2024, the Court ruled from the bench that Plaintiff's Motion for Preliminary Injunction was denied, and that the foreclosure may proceed. (ECF No. 51). At that juncture, this action resumed proceeding in the usual course. On September 3, 2024, Ms. Bellas filed a stipulation seeking an extension to oppose the Motion to Dismiss from August 30th to September 13th. (ECF No. 53). The Court notes that, Defendant Santa agreed to provide this "final" stipulation only as a "professional courtesy." Id. On September 13th, Ms. Bellas did appear but only to recover her bond posted. (ECF No. 55). No other submissions have been produced in the intervening months. Nevertheless, the Court has waited for a submission from Ms. Bellas explaining her complete abandonment of this action. The Court's Order follows.

    The failure of an opposing party to file points and authorities in response to any motion, except a motion for summary judgement or a motion for attorney's fees, constitutes consent to the granting of the motion. Local Rule 7-2(d). The Court finds that Ms. Bellas is well aware of the

1  instant Motion to Dismiss and has nonetheless failed to even notify the Court of her non-opposition
2  much less file points and authorities. Therefore, the Court finds that Ms. Bellas has consented to
3  the granting of the Motion to Dismiss. Further, the Court finds from the record that Ms. Bellas has
4  apparently abandoned this action. As such, absent a showing of good cause, the Court will dismiss
5  the remainder of this action **with prejudice**.

6      For the foregoing reasons, **IT IS ORDERED** that Defendant Randy Santa is **DISMISSED**
7  **with prejudice** from this action.

8      **IT IS FURTHER ORDERED** that Plaintiff Reatha Bellas will **SHOW CAUSE** for her
9  apparent abandonment of this action on or before **April 4, 2025**. **Plaintiff is warned that the**
10 **failure to produce such a filing or the failure to demonstrate sufficient cause may result in**
11 **the summary dismissal of this action with prejudice.**

13 **DATED:** March 25, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**