Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: bolson@swlaw.com

*Attorneys for Robert Kahn, Trustee of the Robert B. Kahn Revocable Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REATHA BELLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT KAHN, as Trustee of the Robert B. Kahn Revocable Trust; RANDY SANTA, an individual; NORTH AMERICAN FINANCIAL CORP, a foreign corporation; NEVADA TRUST DEED SERVICES, LLC, a Nevada limited liability company; DOES I through X inclusive, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00245-RFB-EJY<br><br>(Removed from the Eighth Judicial District Court for the State of Nevada, Case No A-24-885933-C)<br><br>**STIPULATON AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Defendant Robert Kahn and Plaintiff stipulate and agree that Plaintiff's complaint in the above-entitled action shall be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: March 31, 2025.

SNELL & WILMER L.L.P.

  */s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
*Attorneys for Robert Kahn, Trustee of the Robert B. Kahn Revocable Trust*

Dated: March 31, 2025.

THE LAW OFFICES OF MITCHELL S. BISSON

  */s/ Mitchell S. Bisson*
Mitchell S. Bisson (NV Bar No. 11920)
911 N. Buffalo Drive, Suite 201
Las Vegas, NV 89128
Telephone: (702) 602-4990
Email: mbisson@bissonlegal.com
*Attorneys for Reatha Bellas*

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS SO ORDERED.**

**DATED**: April 1, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** by method indicated below:

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Mitchell S. Bisson, Esq.
Nevada Bar No. 011920
LAW OFFICES OF MITCHELL S. BISSON
911 N. Buffalo Drive, Suite 202
Las Vegas, NV 89128
Phone: (702) 602-4990
Email: Mbisson@BissonLegal.com

*Attorney for Plaintiff*

DATED: March 31, 2025.

                                           */s/ Mary Full*
                                       An employee of SNELL & WILMER L.L.P.